UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT ALDERINK,

    Plaintiff,

                                Case No. 2:16-cv-11139-NGE-APP

v

                                Hon. Nancy G. Edmunds
                                Mag. Anthony P. Patti

EQUIFAX INFORMATION
SERVICES, LLC, et al.,

    Defendants.
_____

**NOTICE OF VOLUNTARY DISMISSAL AS TO
DEFENDANT EQUIFAX INFORMATION SERVICES, LLC, ONLY
WITH PREJUDICE AND WITHOUT COSTS TO EITHER PARTY**

    The Plaintiff hereby dismisses the within action against Defendant Equifax Information Services, LLC, ONLY, with prejudice and without costs to either party.

                                                Respectfully submitted

April 29, 2016                              /s/ Gary Nitzkin_____
                                                GARY D. NITZKIN (P41155)
                                                Attorney for Plaintiff
                                                22142 West Nine Mile Road
                                                Southfield, MI 48033
                                                (248) 353-2882
                                                GNitzkin@creditor-law.com