UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT ALDERINK,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, and Georgia corporation, and CAPITAL ONE BANK USA, N.A., a national association,<br><br>    Defendants. | Case No 1:16-cv-01020-RHB-ESC<br><br>Hon. Robert Homes Bell |

**ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS**

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that this matter is hereby dismissed with prejudice and without fees or costs to either party.

Date: August 29, 2016

/s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE